JILDA PARADISE, Appellant, *v.* RHINELANDER THEATRES, INC., Respondent.

Submitted October 10, 1938; decided October 11, 1938.

*William H. Monroe* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant files and serves undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied.